UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA


Daniel Simmons,                                   :
                                                  :
        Plaintiff,                                :
                                                  :
        v.                                        :        Case No. 1:07 cv 00493
                                                  :        Judge James Robertson
The District of Columbia, and                     :
John Does 1-5,                                    :
                                                  :
        Defendants.                               :


## DEFENDANTS' MOTION TO ENLARGE TIME *NUNC PRO TUNC* TO RESPOND TO COMPLAINT

NOW COME Defendants, by and through their undersigned counsel, and move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an order extending the time within which they may answer or otherwise respond to the complaint.  In support of this motion, Defendants show the Court as follows:

1.      The complaint was filed on March 15, 2007, and served on Defendants on April 10, 2007.  The answer to the complaint was due April 30, 2007.

2.      Undersigned Counsel was only recently assigned this case.

3.      Defendants require additional time to investigate the allegations in the complaint and prepare an adequate answer or other response.

4.      This request for extension is not for any improper purpose nor is it interposed to cause any undue delay in these proceedings.

5.      Pursuant to Local Rule 7(m) undersigned counsel has attempted to consult with Plaintiff's counsel several times, but have been unsuccessful.  Undersigned counsel left 3 messages and faxed a letter to plaintiff's counsel on May 1, 2007.  Undersigned

counsel also attempted reach plaintiff's counsel by e-mail, but the e-mails were all returned as "undeliverable."

WHEREFORE, Defendants respectfully request that the time for answering or otherwise responding to the complaint be extended from April 30, 2007 through and including May 30, 2007.  A memorandum of points and authorities along with a proposed order for the Court's consideration are attached.

This the _____ day of _____, 2007.


Respectfully submitted,

Linda Singer
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_Ellen Efros_____
Ellen Efros (250756)
Chief, Equity I

_____/s/_Robert J. Hildum_____
Robert J. Hildum
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
202-724-6642

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 1, 2007, copies of the foregoing

Motion and all accompanying documents were served electronically through DC USDC

eFile and sent by U.S. Mail, first-class, postage-prepaid and by fax, to:

Joan Harvill, Esq.
2217 Princess Anne Street
Suite 218-1
Fredericksburg, Virginia 22401
Fax no. (804) 224-4038

/s/ Robert J. Hildum
ROBERT J. HILDUM

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA


Daniel Simmons,                                :
                                               :
    Plaintiff,                             :
                                               :
    v.                                     :        Case No. 1:07 cv 00493
                                               :        Judge James Robertson
The District of Columbia, and                  :
John Does 1-5,                                 :
                                               :
    Defendants.                            :


<u>POINTS AND AUTHORITIES IN SUPPORT OF</u>
<u>DEFENDANTS' MOTION TO ENLARGE TIME *NUNC PRO TUNC* TO RESPOND</u>
<u>TO COMPLAINT</u>


1.      Fed. R. Civ. P. 6(b).


2.      The equitable powers of the Court.


                Respectfully submitted,

                Linda Singer
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                    */s/  Ellen Efros*
                Ellen Efros (250756)
                Chief, Equity I

                    */s/ Robert J. Hildum*
                Robert J. Hildum
                Assistant Attorney General
                441 4th Street, Northwest
                6th Floor South
                Washington, D.C. 20001


1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA


Daniel Simmons,                              :
                                             :
    Plaintiff,                           :
                                             :
    v.                                   :          Case No. 1:07 cv 00493
                                             :          Judge James Robertson
The District of Columbia, and                :
John Does 1-5,                               :
                                             :
    Defendants.                          :

<u>ORDER</u>

    This matter having come before the Court upon Defendants' MOTION TO

ENLARGE TIME *NUNC PRO TUNC* TO RESPOND TO COMPLAINT, and it

appearing to the Court that Defendants have shown good cause for such an extension; it

is by the Court this _____ day of _____, 2007:

    ORDERED, that the time for answering or otherwise responding to the complaint

be extended from April 30, 2007 through and including May 30, 2007.


                           _____
                           U.S. District Court Judge

cc:    Joan Harvill
       2217 Princess Anne Street
       Suite 218-1
       Fredericksburg, Virginia 22401

       Robert J. Hildum
       Assistant Attorney General
       441 4th Street, Northwest
       6th Floor South
       Washington, D.C. 20001

1