UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Daniel Simmons, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:07 cv 00493 |
| : | Judge James Robertson |
| The District of Columbia, and : | |
| John Does 1-5, : | |
| : | |
| Defendants. : | |

POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION TO ENLARGE TIME *NUNC PRO TUNC* TO RESPOND
TO COMPLAINT

1. Fed. R. Civ. P. 6(b).

2. The equitable powers of the Court.

                                      Respectfully submitted,

                                      Linda Singer
                                      Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division

                                        /s/ Ellen Efros
                                      Ellen Efros (250756)
                                      Chief, Equity I

                                        /s/ Robert J. Hildum
                                      Robert J. Hildum
                                      Assistant Attorney General
                                      441 4th Street, Northwest
                                      6th Floor South
                                      Washington, D.C. 20001