UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Daniel Simmons, | : |
| Plaintiff, | : |
| v. | : Case No. 1:07 cv 00493 |
| | : Judge James Robertson |
| The District of Columbia, and John Does 1-5, | : |
| Defendants. | : |

ORDER

This matter having come before the Court upon Defendants' MOTION TO ENLARGE TIME *NUNC PRO TUNC* TO RESPOND TO COMPLAINT, and it appearing to the Court that Defendants have shown good cause for such an extension; it is by the Court this _____ day of _____, 2007:

ORDERED, that the time for answering or otherwise responding to the complaint be extended from April 30, 2007 through and including May 30, 2007.

_____
U.S. District Court Judge

cc:  Joan Harvill
2217 Princess Anne Street
Suite 218-1
Fredericksburg, Virginia 22401

Robert J. Hildum
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001

1