UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SIMMONS,<br>　　　　Plaintiff, | : |
| v. | : Case No: 1:07 cv 00493<br>　JUDGE JAMES ROBERTSON |
| DISTRICT OF COLUMBIA<br>And JOHN DOES 1-5,<br>　　　　Defendants. | :<br><br>: |

**CONSENT MOTION TO EXTEND THE TIME FOR PLAINTIFF TO FILE OPPOSING POINTS AND AUTHORITIES TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

　　　　Plaintiff, Daniel Simmons, by and through his Attorney of Record, Joan A. Harvill, respectfully moves this Honorable Court to grant this Motion to Extend the Time within which Plaintiff has to respond to Defendant's Motion to Dismiss the Complaint and as grounds therefore avers the following:

　　　　Counsel for Defendant, Robert J. Hildum, does not oppose this Motion to Enlarge Time.

Facts of the Case:

1.　　　　On March 15, 2007 Plaintiff's Complaint was filed.

2.　　　　Defendant moved for an Extension of Time within which to File an Answer to the Complaint which was granted.

3.　　　　On May 30, 2007. Defendant filed a Motion to Dismiss the Complaint in lieu of an Answer.

POINTS AND AUTHORITIES:

　　　　F.R.C.P., Rule 6(b) provides that the Court may Order that the time within which a party is required to act be enlarged for cause shown.

Plaintiff's Attorney has recently been engaged in a lengthy trial and post trial proceedings which created a back log of pressing legal matters.

Defendant's Motion to Dismiss consists of 20 pages and 18 pages of Exhibits. The Motion to Dismiss is complex with innumerable citations to case law that must be researched and evaluated. In order to properly address the issues raised by Defendant, Plaintiff's Attorney will require an extension of Time within which to file an Opposition. Defendant's counsel has graciously agreed to a 30 day extension of time until July 12, 2007 within which Plaintiff will serve an Opposing Points and Authorities.

WHEREFORE, for the reasons set forth herein and the pleadings on file, Plaintiff, Daniel Simmons, respectfully requests this Motion be granted and Plaintiff be given until July 12, 2007 within which to file an Opposing Points and Authorities to Defendant's Motion to Dismiss the Complaint.

    Respectfully,

     /s/  Joan A. Harvill
    Joan A. Harvill
    Attorney for Plaintiff
    D.C. Bar No: 309112
    2217 Princess Anne Street
    Suite 218-1
    Fredericksburg, VA 22401
    (202) 466-6346

CERTIFICATE OF SERVICE:

      I certify Plaintiff's Motion to Enlarge Time to file Opposing Points and Authorities to Defendant's Motion to Dismiss the Complaint was electronically filed with the Court and electronically served upon the following on June 6, 2007:

Robert J. Hildum, Assistant Attorney General, 441 4th Street N.W., 6th Floor, Washington, D.C. 20001.

                                               /s/   Joan A. Harvill
                                              Joan A. Harvill

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL SIMMONS,** | : | |
|     **Plaintiff,** | | |
| v. | : | Case No: 1:07 cv 00493 |
| | | JUDGE JAMES ROBERTSON |
| **DISTRICT OF COLUMBIA,** | : | |
| **AND JOHN DOES 1-5.** | | |
|     **Defendants** | : | |

## ORDER

Upon consideration of Plaintiff's Motion to Enlarge the Time within which to file Opposing Points and Authorities to Defendant's Motion to Dismiss the Complaint, the Pleadings on file and for good cause shown,

It is Hereby Ordered that,

Plaintiff's Motion is granted. Plaintiff's Opposing Points and Authorities to Defendant's Motion to Dismiss the Complaint shall be filed by July 12, 2007.

DATED:_____                SIGNED:_____
                                  JAMES ROBERTSON U.S. DISTRICT
                                  COURT JUDGE

COPIES TO:

Joan A. Harvill, Esq.
2217 Princess Anne Street
Suite 218-1
Fredericksburg, Virginia 22401

Robert Hildum, Esq.,
Assistant Attorney General
441 4th Street N.W.
6th Floor
Washington, D.C. 20001