UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Daniel Simmons,                           :
                                          :
    Plaintiff,                        :
                                          :
v.                                        :     Case No. 1:07 cv 00493
                                          :     Judge James Robertson
The District of Columbia, and             :
John Does 1-5,                            :
                                          :
    Defendants.                       :

### MOTION TO EXTEND THE TIME FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

NOW COME Defendant, The District of Columbia, by and through its undersigned counsel, and respectfully moves this Honorable court to grant this Motion to Extend the Time within which the District of Columbia has to respond to the plaintiff's Opposition to the District of Columbia's Motion to Dismiss the Complaint and as grounds submits the following:

Pursuant to LCvR 7(m) undersigned Counsel left three telephone messages and sent three e-mails to Counsel for Plaintiff, Joan Harvill.  Opposing Counsel has not responded to any of undersigned Counsel's telephone calls or e-mail messages.

    1.    The District of Columbia filed a Motion to Dismiss the Complaint on May 30, 2007.

    2.    The plaintiff requested additional time to file an opposition to the Motion to Dismiss on June 6, 2007.  Counsel for the District consented to the plaintiff's request.

1

3.  The Court granted the plaintiff's request for additional time and on July 12, 2007, the plaintiff timely filed an opposition.

4.  Under LCvR 7(d) the District has five days to file a reply memorandum, which in this case is July 17, 2007.

5.  Counsel for the District has depositions set on July 17 and 18 that require extensive preparation. In addition Counsel is in extended negotiations to complete a work plan by July 31, 2007 for a 22 year old class action, *Jerry M, et al v. District of Columbia,* Superior Court Civil Action 1519-85.

6.  This request for extension is not for any improper purpose nor is it interposed to cause any undue delay in these proceedings.

WHEREFORE, for the reasons set forth herein, Defendant, District of Columbia, respectfully requests that this motion be granted and Defendant be given until July 31, 2007, within which to file a reply to plaintiff's opposition.

This the 17th day of July, 2007.

Respectfully submitted,

Linda Singer
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_Ellen Efros_____
Ellen Efros (250756)
Chief, Equity I

_____/s/_Robert J. Hildum_____
Robert J. Hildum
Assistant Attorney General
441 4th Street, Northwest
6th Floor South

2

Washington, D.C. 20001<br>
202-724-6642

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 17, 2007, copies of the foregoing Motion and all accompanying documents were served electronically through DC USDC eFile to:

Joan Harvill, Esq.

                                                  /s/ Robert J. Hildum
                                                  ROBERT J. HILDUM

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Daniel Simmons,                         :
                                        :
   Plaintiff,                           :
                                        :
v.                                      :   Case No. 1:07 cv 00493
                                        :   Judge James Robertson
The District of Columbia, and           :
John Does 1-5,                          :
                                        :
   Defendants.                          :

POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION TO ENLARGE TIME TO FILE A REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE
COMPLAINT

1.    Fed. R. Civ. P. 6(b).

2.    The equitable powers of the Court.

                              Respectfully submitted,

                              Linda Singer
                              Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                              _____/s/ Ellen Efros_____
                              Ellen Efros (250756)
                              Chief, Equity I

                              _____/s/ Robert J. Hildum_____
                              Robert J. Hildum
                              Assistant Attorney General
                              441 4th Street, Northwest
                              6th Floor South
                              Washington, D.C. 20001

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Daniel Simmons, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:07 cv 00493 |
| : | Judge James Robertson |
| The District of Columbia, and : | |
| John Does 1-5, : | |
| : | |
| Defendants. : | |

ORDER

This matter having come before the Court upon Defendants' Motion to Enlarge Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and it appearing to the Court that Defendants have shown good cause for such an extension; it is by the Court this _____ day of _____, 2007:

ORDERED, that Defendant's Motion is granted.  Defendant's Reply memorandum shall be filed by July 31, 2007.

_____
James Robertson
U.S. District Court Judge

cc:   Joan Harvill
      2217 Princess Anne Street
      Suite 218-1
      Fredericksburg, Virginia 22401

      Robert J. Hildum
      Assistant Attorney General
      441 4th Street, Northwest
      6th Floor South
      Washington, D.C. 20001

5