UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Daniel Simmons,           :
                          :
    Plaintiff,        :
                          :
v.                        :         Case No. 1:07 cv 00493
                          :         Judge James Robertson
The District of Columbia, and :
John Does 1-5,            :
                          :
    Defendants.       :

## ORDER

This matter having come before the Court upon Defendants' Motion to Enlarge Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and it appearing to the Court that Defendants have shown good cause for such an extension; it is by the Court this 18th day of July, 2007:

ORDERED, that Defendant's Motion is granted. Defendant's Reply memorandum shall be filed by July 31, 2007.

                                            /s/ Henry Kennedy for
                                            James Robertson
                                            U.S. District    Judge

cc:    Joan Harvill
        2217 Princess Anne Street
        Suite 218-1
        Fredericksburg, Virginia 22401

        Robert J. Hildum
        Assistant Attorney General
        441 4th Street, Northwest
        6th Floor South
        Washington, D.C. 20001