UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL SIMMONS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07 cv 00493 |
| ) | Judge James Robertson |
| THE DISTRICT OF COLUMBIA, and ) | |
| John Does 1-5 ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

COMES NOW Denise Baker and Ellen Efros and hereby enter their appearance as attorneys for the District of Columbia, Defendant in the above-entitled cause.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER 493414
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)