UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL SIMMONS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07 cv 00493 |
| ) | Judge James Robertson |
| THE DISTRICT OF COLUMBIA, and ) | |
| John Does 1-5 ) | |
| ) | |
| Defendants. ) | |

**OPPOSITION TO SUPPLEMENTAL BRIEF FILED BY PLAINTIFF IN OPPOSITION TO MOTION TO DISMISS**

The Defendant, the District of Columbia (hereinafter "the District" or "the Defendant) by and through undersigned counsel, opposes Plaintiffs supplemental brief as follows:

This supplemental filing is out of time and did not receive this Court's authority to file this supplemental memorandum. The docket indicates that the motion to dismiss was filed on or about May 30, 2007. The Plaintiff's initial opposition was filed on or about July 13, 2007. The District's reply to opposition was filed on or about July 31, 2007. On each occasion where the filing was later than required by the Federal Rules of Civil Procedure, one or both of the parties filed and received an enlargement of time pursuant to F.R.C.P. 8.

There was no request made by Plaintiffs to supplement his pleadings; no enlargement of time requested to extend time to plead; and, most importantly, no new evidence, statutory or case law set forth in the supplemental pleading that would justify

its filing.    Therefore, the Defendant respectfully requests that this Court quash, strike or otherwise disregard this supplemental memorandum filed by Plaintiff.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Ellen A. Efros
        ELLEN A. EFROS [250746]
        Chief, Equity I

        /s/ Denise J. Baker
        DENISE J. BAKER 493414
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S079
        Washington, D.C. 20001
        (202) 442-9887 (telephone)
        (202) 727-3625 (fax)