## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SIMMONS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07 cv 00493 |
| ) | Judge James Robertson |
| THE DISTRICT OF COLUMBIA, and ) | |
| John Does 1-5 ) | |
| Defendants. ) | |

### NOTICE OF RELATED CASE

Pursuant to Local Rule LCvR 40.5, Defendant, District of Columbia ("the District"), through undersigned counsel, gives notice of a related case. Plaintiff, in the above captioned action, alleges that he was overdetained in the D.C. Jail, based upon the District's alleged practice of allowing jail inmates to stay past their term of incarceration. Plaintiff's claims are similar, if not identical, to those alleged in *Carl A. Barnes, et al., v. District of Columbia,* Civil Action No. 06-315 (RCL), which has been certified as a class of overdetained prisoners.  ---F.R.D.---, 2007 WL 896282 (D.D.C. March 26, 2007).

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
ELLEN EFROS,
Assistant Attorney General [250746]
Chief, Equity I

```
                      _____/s/_____
                BY:   DENISE J. BAKER [493414]
                      Assistant Attorney General
                      Equity I Section
                      Civil Litigation Division
                      441 4th Street, N.W.
                      Washington, DC 20001
                      (202) 442-9887 (telephone)
                      (202) 727-0431 (facsimile)
                      Email: denise.baker@dc.gov
```

## CERTIFICATE OF SERVICE

I, hereby certify that on this 26th day of October 2007 I have sent a true copy of Defendant's Notice of Related Case by ECF to:

Joan Harvill, Esquire

2217 Princess Anne Street

Suite 218-1

Fredericksburg, VA 22401

```
              _____/s/ Denise J. Baker_
                    DENISE J. BAKER
```