UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL SIMMONS,                              :
     Plaintiff,

v.                                           : Case No: 1:07 cv 00493
                                                                   JUDGE JAMES ROBERTSON

DISTRICT OF COLUMBIA                         :
And JOHN DOES 1-5,
     Defendants.                             :

**PLAINTIFF'S, DANIEL SIMMONS, OBJECTION TO DESIGNATION OF THIS PENDING CASE AS A RELATED CASE PURSUANT TO LCvR 40.5**

     COMES NOW Plaintiff, Daniel Simmons, by and through his Attorney of Record, Joan A. Harvill, and respectfully opposes Defendant's position that this pending case is related to <u>Carl A. Barnes, et al v. District of Columbia</u>, Civil Action No. 06-315 (RCL) which has been certified as a class action of overdetained prisoners ---F.R.D.---, 2007 WL 896282 (D.D.C. March 26, 2007 and as grounds therefore Plaintiff alleges the following:

     The class action suit, <u>Barnes et al v. D.C.</u>, supra, involves claims of various inmates who appeared in Court and the cases against them were dismissed by the Court or they were otherwise released. Instead of being free to leave and go about their lives, they were returned to the D.C. Detention Center where they were strip searched without justification or excuse and then overdetained in custody past the release date announced in open court. Each claim in that class action suit avers identically what is set forth, supra. There exist no other claims in any of the class action suit Defendant claims is identical to this pending case.

     In the pending case of *Daniel Simmons v. District of Columbia*, however

1

Plaintiff's claims are not identical.

**COUNT ONE:**

Plaintiff's first cause of action, Count One, avers a Constitutional violation of his Fourth Amendment Right to be free of illegal search and seizure and civil rights violations pursuant to U.S.C. Title 42-1983. In Count One Plaintiff avers he was illegally searched and seized by a MPD undercover officer, unlawfully arrested and charged with a crime he did not commit. In the class action suit there is no claim of violation of the Fourth Amendment Right to be free of illegal search and seizure, unlawful arrest.

**COUNT TWO**

Plaintiff's second cause of action sounds in violation of Plaintiff's Fifth Amendment Right to Due Process in that Plaintiff was detained after November 10, 2005 when no charges were pending against him. This is the only count of Plaintiff's Complaint that is similar to the class action suit.

**COUNT THREE**

Plaintiff's third cause of action pled as a violation of Plaintiff's Eight Amendment Right to be free of cruel and unusual punishment sounds under the Fifth Amendment Right of the U.S. Constitution and arose when Plaintiff a pretrial detainee was housed with a convicted murderer who threatened Plaintiff with bodily harm. Additionally Plaintiff avers he was subjected to a body cavity search while being overdetained after another inmate took a corrections officer's radio. Plaintiff had no connection to the theft but was subjected to a body cavity and strip search.

Again this claim is not identical or even similar to the class action suit where there is no claim of being housed with convicted murderers and no claim of body cavity

search to look for a radio stolen by another inmate.

## COUNT FOUR NEGLIGENCE

In Count Four Plaintiff avers the Defendant and its employees were negligent in overdetaining him, housing him with a convicted murderer and subjecting him to a body cavity search for a radio.  In the class action suit there are no averments of negligently housing any of the class action plaintiffs with a convicted murderer, or of body cavity searches looking for a radio.  Thus there is no similarity between the two cases.

## COUNT FIVE NEGLIGENT SUPERVISION, TRAINING AND HIRING

In Count Five Plaintiff avers the Defendant was negligent in the supervision, training and hiring of its employees.  Said employees violated Plaintiff's Constitutional Rights under the Fourth and Fifth Amendments, when Defendant's employees illegally arrested him without probable cause, illegally overdetained him, housed him with a convicted murderer and subjected him to a body cavity search for a radio while overdetained.

## CONCLUSION

In the class action suit there are only two averments alleged by the class.  These are overdetention and strip search after being released by the court.  While Plaintiff in this pending case was overdetained after the charges against him were dropped in open Court the similarity ends there.  Plaintiff was also illegally arrested and charged with a crime without probable cause, in violation of his Fourth Amendment Rights, was housed with a convicted murderer, and subjected to a body cavity search without justification or excuse because another inmate stole a radio.

There are two many differences between the pending case and the class action

3

suit. Therefore Plaintiff objects to a designation that the class action suit and this pending case are related, and opposes any consolidation of the two cases since the issues raised in this pending case are far more complex that those of the class action suit.

                                                      Respectfully,

                                                     /s/   Joan A. Harvill

                                                    Joan A. Harvill
                                                    D.C. Bar No: 309112
                                                    1629 K Street N.W.
                                                    Suite 300
                                                    Washington, D.C. 20006
                                                    (202) 466-6346

CERTIFICATE OF SERVICE:

       I certify Plaintiff's Objection to designate his pending case as a related case to a pending class action suit was electronically filed with the Court and electronically served upon the following on November 2, 2007:

Robert J. Hildum, Assistant Attorney General, 441 4th Street N.W., 6th Floor, Washington, D.C. 20001.

                                                     /s/   Joan A. Harvill
                                                    Joan A. Harvill