CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL SIMMONS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| Plaintiff | )    Civil Case Number 07-0493 (RCL) |
|  | ) |
| v. | ) |
|  | )    Category    B |
| DISTRICT OF COLUMBIA GOVERNMENT | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |
|  | ) |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 31, 2007</u>  from <u>Judge James Robertson</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Reassigned as related to 06cv0315)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Robertson</u> & Courtroom Deputy
       <u>Judge Lamberth</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk ✔