UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL SIMMONS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07 cv 00493 |
| ) | Judge James Robertson |
| ) | |
| THE DISTRICT OF COLUMBIA, and ) | |
| John Does 1-5 ) | |
| ) | |
| Defendants. ) | |

**DISTRICT OF COLUMBIA'S RESPONSE TO MOTION TO AMEND COMPLAINT**

Defendant, the District of Columbia (hereinafter "the District"), by and through undersigned counsel, respond to the motion to amend filed by Plaintiff, Daniel Simmons (hereinafter "plaintiff" or "Simmons"), as follows:

Plaintiff's counsel correctly certifies in the motion to amend the complaint that the District does not oppose the filing of a motion to amend the complaint. However, the District intends to move to dismiss the amended complaint once it is filed. Concomitantly, the District will seek to enlarge the proposed scheduling order to allow sufficient time for the parties to brief the dismissal motion.

Respectfully submitted:

PETER NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Chief, Equity Section I

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov